**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ben Edward TOMLIN, Defendant–**
**Appellant.**

**No. 93–10545.**

United States Court of Appeals,
Ninth Circuit.

Aug. 10, 1995.

Before: GOODWIN, PREGERSON and RYMER, Circuit Judges.

### ORDER

Pursuant to the mandate of the United States Supreme Court certified on January 17, 1995, —— U.S. ——, 115 S.Ct. 894, 130 L.Ed.2d 780, vacating this court's judgment and remanding to this court for further consideration in light of *Tome v. United States,* 513 U.S. ——, 115 S.Ct. 696, 130 L.Ed.2d 574 (1995), the disposition filed by this court on June 27, 1994, 28 F.3d 110, is withdrawn. A new disposition will be filed.